*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Ester Fuchs,                )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     vs.                     )<br>                             )<br>University of Arizona,       )<br>                             )<br>     Defendant.              )<br>_____) | JUDGMENT IN A CIVIL CASE<br><br>Case No. CV-10-606-TUC-DCB |

**DECISION BY COURT.**   This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that Defendant's Motion to Dismiss is GRANTED.

**IT IS FURTHER ORDERED** that this case is DISMISSED with prejudice.


December 17, 2010                    RICHARD H. WEARE
         Date                                CLERK


                                       s/Cathy Schwader
                                (By) Cathy Schwader, Deputy Clerk